TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendant LTD FINANCIAL SERVICES, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE LAYNE,<br><br>    Plaintiff,<br><br>vs.<br><br>LTD FINANCIAL SERVICES, LP<br><br>    Defendant | Case No. C10-04870 THE<br><br>**JOINT MOTION TO DISMISS** |

IT BEING HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1) as a result of the settlement of this case, the parties jointly move this court to dismiss this action and all claims asserted therein with prejudice.

Dated: March 4, 2011

**KROHN & MOSS, LTD**

By: /s/Nicholas J. Bontrager
NICHOLAS J. BONTRAGER
Attorneys for Plaintiff LEE LAYNE

Dated: March 4, 2011

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: /s/Timothy Johnson
TIMOTHY P. JOHNSON
Attorneys for Defendant LTD FINANCIAL SERVICES, LP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

03/04/2011

IT IS SO ORDERED

Judge Thelton E. Henderson

-2-

JOINT MOTION TO DISMISS